**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Plaintiffs,<br><br>WILLIAM and REYNA TORRES,<br><br>vs.<br><br>Defendants,<br><br>FORD MOTOR CO. and ROCKY RIDGE TRUCKS, INC. | Case No.:19-cv-09897-CS<br><br>**ORDER EXTENDING DISCOVERY END DATE** |

AND NOW, this __9th__ day of April, 2021, in consideration of the unopposed letter motion to extend the Discovery End Date by one week to April 23, 2021, It is hereby ORDERED and DECREED that the Discovery End Date is set for April 23, 2021.

So Ordered by the Court: _____*Cathy Seibel*_____
Honorable Cathy Seibel, U.S.D.J